

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00887-CV

Yevgenia **SHOCKOME**,
Appellant

v.

Timothy **SHOCKOME**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 09-02-00030-CVK
Honorable Fred Shannon, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders signed on October 21, 2011, and February 14, 2012, are AFFIRMED. It is ORDERED that appellee Timothy Shockome recover his costs of this appeal from appellant Yevgenia Shockome.

SIGNED July 24, 2013.

Patricia O. Alvarez, Justice

---

[1] This court has jurisdiction to consider the challenges made in this appeal as to two orders. The first order, relating to unreimbursed health insurance premiums and health care expenses, was signed by the Honorable Fred Shannon on October 21, 2011. The second order, relating to a motion to recuse, was signed by the Honorable Pat Priest on February 14, 2012.